## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY AHARONIAN <br> 440 Davis Court <br> San Francisco, CA 94111, <br><br> DAVID LENTINI <br> 1932 California Street <br> San Francisco, CA 94109, <br><br> DAVID PRESSMAN <br> 1070 Green Street <br> San Francisco, CA 94133, <br><br> and <br><br> STEVE MORSA <br> 223 Thousand Oaks Blvd., <br> Thousand Oaks, CA 91360, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, <br> SECRETARY OF COMMERCE, <br> U.S. Department of Commerce <br> 1401 Constitution Ave., NW <br> Washington, D.C. 20230 <br><br> Defendant. | Civil Action No: 1:07-cv-01224 (JR) |

**DEFENDANT'S *UNOPPOSED* MOTION AND MEMORANDUM FOR AN EXTENSION OF TIME TO OCTOBER 10, 2007 TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b), 12 and Local Civil Rule 7(m), defendant Secretary of Commerce Carlos Gutierrez, through undersigned counsel, hereby requests a brief extension of time until October 10, 2007 to respond to plaintiffs' Complaint.

*Plaintiffs do not oppose this motion.*

Plaintiffs filed their complaint on July 9, 2007 and served the United States Attorney for the District of Columbia by certified mail on July 17, 2007. Defendant's response is therefore due on or before September 19, 2007. Defendant requests a 21-day extension until October 10, 2007 to respond to plaintiffs' Complaint. Defendant anticipates filing a motion to dismiss the Complaint for, among other arguments, lack of subject matter jurisdiction and for failure to state a claim. Undersigned counsel requests the additional time to consult with the defendant and prepare the dispositive motion. This is the first extension sought to respond to the Complaint.

As required by Local Rule 7(m), undersigned counsel discussed the contents of this enlargement motion with plaintiffs' counsel. Plaintiffs do not oppose this motion.

Respectfully submitted this 4th day of September, 2007.

          PETER D. KEISLER
          Assistant Attorney General

          JEFFREY A. TAYLOR
          United States Attorney

          SUSAN K. RUDY
          Assistant Director


          /s/ Helen H. Hong
          HELEN H. HONG (CA SBN 235635)
          Trial Attorney
          U.S. Department of Justice, Civil Division
          P.O. Box 883, 20 Massachusetts Ave., NW
          Washington, D.C. 20044
          Telephone: (202) 514-5838
          Fax: (202) 616-8460
          helen.hong@usdoj.gov

          Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2007, a true and correct copy of the foregoing Defendant's Unopposed Motion for an Extension of Time to October 10, 2007 to Respond to Plaintiffs' Complaint was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ Helen H. Hong<br>HELEN H. HONG

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

I, Helen H. Hong, pursuant to Local Civil Rule 83.2(j), hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia, and other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

/s/ Helen H. Hong<br>HELEN H. HONG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY AHARONIAN,<br>DAVID LENTINI,<br>DAVID PRESSMAN, and<br>STEVE MORSA,<br><br>      Plaintiffs,<br><br>      v.<br><br>CARLOS GUTIERREZ,<br>SECRETARY OF COMMERCE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 1:07-cv-01224 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
AND MEMORANDUM FOR AN EXTENSION OF TIME TO
OCTOBER 10, 2007 TO RESPOND TO PLAINTIFFS' COMPLAINT**

  For the reasons set forth in Defendant's Unopposed Motion and Memorandum for an Extension of Time to October 10, 2007 to Respond to Plaintiffs' Complaint, it is hereby

  ORDERED that defendant's motion be, and hereby is, GRANTED.  Defendant shall have until October 10, 2007 to respond to plaintiffs' Complaint.

  Dated this _____ day of _____, 2007.

                        _____
                        The Honorable Judge James Robertson
                        United States District Judge