IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gregory Aharonian, David Lentini, David Pressman, and Steve Morsa,<br><br>Plaintiffs,<br><br>v.<br><br>The Honorable Carlos Guitierrez, Secretary of Commerce,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. **07-1224-JR**<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MAILING

I, Stephen Christopher Swift, hereby state that:

On the ninth day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendant and other persons:

The Honorable Carlos Guitierrez
Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, D.C. 20230

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
501 Third Street, N.W.
Washington, D.C. 20001

Margaret J.A. Peterlin
Deputy Under Secretary of Commerce for Intellectual Property
and Deputy Director of the U.S. Patent & Trademark Office
600 Dulaney Street, Madison West, Suite 10D44
Alexandria, VA 22314

Scanned Images of the Certified Mail Receipts are attached hereto as Exhibit A. I have received the return receipt for the certified mail, Article Number 7006 3450 0002 1948 5242 (a scanned image of which is attached hereto as Exhibit B), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of July, 2007. I have received the return receipt for the certified mail, Article Number 7006 3450 0002 1948 5266 (a scanned image of which is attached hereto as Exhibit C), indicating that delivery of the summons and complaint was made upon the Attorney General of the United States on the 13th day of July, 2007. I have received the return receipt for the certified mail, Article Number 7007 0710 0001 7418 0616 (a scanned image of which is attached hereto as Exhibit D), indicating that delivery of the summons and complaint was made upon the U.S. Attorney's Office for the District of Columbia on the 23th day of July, 2007. I did not receive the return receipt for Margaret J.A. Peterlin. However, by using the Track & Confirm feature on the United States Postal Service website, I was able to confirm delivery of Article Number 7006 3450 0002 1948 5259 (a scanned image of the web page confirming delivery is attached hereto as Exhibit E), indicating that delivery of the summons and complaint was made upon Margaret J.A. Peterlin, Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the U.S. Patent & Trademark Office on the 11th day of July, 2007.

I declare under penalty of perjury that the forgoing is true and correct.

September 5, 2007
Date

Stephen C. Swift
Stephen Christopher Swift

COMMONWEALTH OF VIRGINIA )
                         )  ss
CITY OF ALEXANDRIA       )

Subscribed and sworn to before me this 5th day of September, 2007.

(SEAL)

_____
Notary Public

My Commission Expires: Sept 30, 2008
Reg # 353656.

ENKUTATASH M. MESSERET
Notary Public
Commonwealth of Virginia
My Commission Exps. Sept. 30, 2008







# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name): S. Jones
C. Date of Delivery: 7-12-07

1. Article Addressed to:

The Honorable
Carlos Gutierrez
Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, D.C. 20230

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0002 1948 5242

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) JUL 1 3 2007   C. Date of Delivery |
| 1. Article Addressed to:<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0002 1948 5266 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L Parker_ ☐ Agent ☐ Add<br>B. Received by (Printed Name)   C. Date of<br>JUL 2 3 2007 |
| 1. Article Addressed to:<br>Civil Process Clerk<br>U.S. Attorney's Office<br>for the District of Columbia<br>501 Third Street, N.W.<br>Washington, D.C. 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merc<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Y |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0001 7418 0616 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595- |

# EXHIBIT D



# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 3450 0002 1948 5259**
Detailed Results:

* Delivered, July 11, 2007, 3:07 pm, ALEXANDRIA, VA 22314
* Acceptance, July 09, 2007, 3:33 pm, ARLINGTON, VA 22215

< Back     Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >



# EXHIBIT E