IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gregory Aharonian, David Lentini, David Pressman, and Steve Morsa,<br><br>      Plaintiffs,<br><br>v.<br><br>The Honorable Carlos Guitierrez, Secretary of Commerce,<br><br>      Defendant. | Civil Action No. **07-1224-JR** |

## AFFIDAVIT OF MAILING

I, Stephen Christopher Swift, hereby state that:

On the fifth day of September, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following person:

    General Counsel
    U.S. Patent & Trademark Office
    P.O. Box 15667
    Arlington, VA  22215

A scanned image of the Certified Mail Receipt is attached hereto as Exhibit A. I have received the return receipt for the certified mail, Article Number 7006 3450 0002 1948 5280 (a scanned image of which is attached hereto as Exhibit B), indicating that delivery of the summons and complaint was made upon said General Counsel of the U.S. Patent & Trademark Office on the 10th day of September, 2007.

I declare under penalty of perjury that the forgoing is true and correct.

Oct. 17, 2007                                    Stephen C. Swift
---------------                                  ---------------------
Date                                             Stephen Christopher Swift

COMMONWEALTH OF VIRGINIA )
                         )  ss
CITY OF ALEXANDRIA       )

Subscribed and sworn to before me this 17th day of October, 2007.

(SEAL)                          _____
                                     Notary Public

                         Reg # 353656.

                                My Commission Expires: Sept 30, 2008

ENKUTATASH M. MESSERET
Notary Public
Commonwealth of Virginia
My Commission Exps. Sept. 30, 2008



# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>G Turner  9-10-07 |
| 1. Article Addressed to:<br><br>General Counsel<br>U.S. Patent & Trademark Office<br>P.O. Box 15667<br>Arlington, VA 22215 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 3450 0002 1948 5280 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT B