IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gregory Aharonian, David Lentini, David Pressman, and Steve Morsa,<br><br>Plaintiffs,<br><br>v.<br><br>The Honorable Carlos Guitierrez, Secretary of Commerce,<br><br>Defendant. | Civil Action No. **07-1224-JR** |

### PLAINTIFFS' *UNOPPOSED* MOTION AND MEMORANDUM FOR AN EXTENSION OF TIME TO NOVEMBER 9, 2007 TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Civil Rule 7(m), the above-named plaintiffs, through undersigned counsel, hereby request an extension of time until November 9, 2007 to respond to defendant's Motion to Dismiss. ***Defendant does not oppose this motion.***

Defendant's Motion to Dismiss was filed electronically on October 10, 2007. Plaintiffs' response is therefore due on or before October 24, 2007 (eleven days under Local Civil Rule 7(b) plus three days because of electronic service). Plaintiffs request a sixteen-day extension until Friday, November 9, 2007 to respond to defendant's Motion to Dismiss. Undersigned counsel requests the additional time to consult with the plaintiffs, to do legal research, and to prepare a memorandum in response. This is the first extension sought to respond to the Motion to Dismiss.

As required by Local Rule 7(m), undersigned counsel discussed the contents of this enlargement motion with defendant's counsel Helen H. Hong. Defendant does not oppose this

motion.

    Respectfully submitted this 17th day of October, 2007.

*Stephen C. Swift*
STEPHEN CHRISTOPHER SWIFT
D.C. Bar No. 428459
Swift Law Office
Suite 600
1800 Diagonal Road
Alexandria, Virginia  22314-2840
Telephone: (703) 418-0000
Facsimile: (703) 647-7420
E-Mail: steve@swift.law.pro

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for an Extension of Time to November 9, 2007 to Respond to Defendant's Motion to Dismiss was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ Stephen C. Swift<br>
Stephen Christopher Swift

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gregory Aharonian, David Lentini, David Pressman, and Steve Morsa,<br><br>Plaintiffs,<br><br>v.<br><br>The Honorable Carlos Guitierrez, Secretary of Commerce,<br><br>Defendant. | Civil Action No. **07-1224-JR** |

## [PROPOSED] ORDER GRANTING PLAITIFFS' UNOPPOSED MOTION AND MEMORANDUM FOR AN EXTENSION OF TIME TO NOVEMBER 9, 2007 TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

For the reasons set forth in Plaintiffs' Unopposed Motion and Memorandum for an Extension of Time to November 9, 2007 to Respond to Defendant's Motion to Dismiss, it is hereby

ORDERED that plaintiffs' motion be, and hereby is, GRANTED. Plaintiffs shall have until November 9, 2007 to respond to Defendant's Motion to Dismiss.

Dated this _____ day of _____, 2007.

 

_____
The Honorable Judge James Robertson
United States District Judge