**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREGORY AHARONIAN, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-1224 (JR) |
| : | |
| CARLOS GUTIERREZ, Secretary of : | |
| Commerce, : | |
| : | |
| Defendant. : | |

## ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss [5] is **GRANTED**.


JAMES ROBERTSON
United States District Judge